Edwin J. Hiller, Appellant, *v.* Russo-Asiatic Bank, Respondent.

(Argued November 20, 1934; decided December 7, 1934.)

*Raymond T. Heilpern* and *Otto C. Sommerich* for appellant.

*John J. Curtin* and *Maurice Léon,* appearing specially for respondent.

Order reversed, without costs and motion granted, without costs. Question certified answered in the negative on the authority of *Issaia* v. *Russo-Asiatic Bank* (266 N. Y. 37). No opinion.

Concur: Pound, Ch. J., Crane, Lehman, O'Brien, Hubbs, Crouch and Loughran, JJ.